# United States District Court
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ALEXSAM, INC.** <br> v. | |
| **BEST BUY STORES LP** | Cause No. 2:13-cv-2 <br> **LEAD CASE FOR INVALIDITY** |
| **BARNES & NOBLE, INC. AND BARNES & NOBLE MARKETING SERVICES, LLC** | Cause No. 2:13-cv-3 |
| **THE GAP INC. AND DIRECT CONSUMER SERVICES, LLC** | Cause No. 2:13-cv-4 |
| **J.C. PENNEY COMPANY, INC. AND J.C. PENNEY CORPORATION** | Cause No. 2:13-cv-5 |
| **MCDONALD'S CORPORATION AND P2W, INC. NFP** | Cause No. 2:13-cv-6 |
| **TOYS "R" US—DELAWARE, INC. AND TRU-SVC, LLC** | Cause No. 2:13-cv-7 |
| **THE HOME DEPOT, U.S.A., INC. AND HOME DEPOT INCENTIVES, INC.** | Cause No. 2:13-cv-8 |

## ORDER CLARIFYING CONSOLIDATION ORDER

The Court previously consolidated these cases for a single invalidity trial, designating *Alexsam, Inc. v. Best Buy Stores LP*, 2:13-cv-2, as the lead case. The Court also ordered the parties to file all documents pertaining to the invalidity trial in the lead case. To alleviate the burden on the parties and to ensure all parties are receiving proper notice of documents filed in the lead case, the Court ORDERS the following:

1) The clerk of the court is directed to list as consolidated defendants in the lead case (2:13-cv-2) all of the defendants from the related cases (2:13-cv-3, 2:13-cv-4, 2:13-cv-5, 2:13-cv-6, 2:13-cv-7, 2:13-cv-8).

2) In the lead case, the clerk of the court will only list lead counsel for each of the defendants in the related cases. Any other attorneys wishing to receive notice in the lead case must file a notice of appearance.

3) Following trial, any attorneys wishing to terminate electronic notice of filings in the lead case will need to file a notice with the Court.

**It is SO ORDERED.**

 **SIGNED this 1st day of May, 2013.**

/s/ Michael H. Schneider
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE