UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:13-CV-6 |
| | § | |
| v. | § | |
| | § | |
| McDONALD'S CORP. and | § | |
| P2W, NFP INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Alexsam, Inc. ("Alexsam") and Defendants McDonald's Corporation and P2W, NFP Inc. (collectively "McDonald's") announced to the Court that they have settled all claims between the parties in the above-captioned action and hereby stipulate and agree that Alexsam will hereby dismiss with prejudice all of its claims that were or could have been asserted against McDonalds in this proceeding, and that McDonald's will hereby dismiss with prejudice all of its counterclaims that were or could have been asserted against Alexsam in this proceeding pursuant to Fed. R. Civ. P. 41. This dismissal with prejudice extends only to Alexsam and McDonald's, and not to any other parties in this suit or other third parties.

Alexsam and McDonalds further stipulate that each party shall bear its own costs and attorneys' fees.

Date:   October 10, 2013

/s/Nicole L. Little
Timothy P. Maloney (IL 6216483)
Alison Aubry Richards (IL 6285669)
Joseph F. Marinelli (IL 6270210)
Nicole L. Little (IL 6297047)
David A. Gosse (IL 6299892)
FITCH EVEN TABIN & FLANNERY, LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007
Email: tpmalo@fitcheven.com
Email: arichards@fitcheven.com
Email: jmarinelli@fitcheven.com
Email: nlittle@fitcheven.com
Email: dgosse@fitcheven.com

Steven C. Schroer (IL 6250991)
FITCH EVEN TABIN & FLANNERY, LLP
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone: (303) 402-6966
Facsimile: (303) 402-6970
Email: scschr@fitcheven.com

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com
Email: melissa@gillamsmithlaw.com

*Counsel for Plaintiff*

/s/Jason Hoffman (*with permission*)
Alan M. Fisch
Jason Hoffman
Silvia Jordan
Jeffrey Saltman
David Saunders
Peter Scoolidge
Roy William Sigler
FISCH HOFFMAN SIGLER LLP
5335 Wisconsin Avenue NW, 8th Floor
Washington, DC 20015
Telephone: 202.362.3520
Email: alan.fisch@fischllp.com
Email: jason.hoffman@fischllp.com
Email: silvia.jordan@fischllp.com
Email: jeffrey.saltman@fischllp.com
Email: david.saunders@fischllp.com
Email: peter.scoolidge@fischllp.com
Email: bill.sigler@fischllp.com

Michael Charles Smith
SIEBMAN BURG PHILLIPS & SMITH, LLP –
MARSHALL
P.O. Box 1556
Marshall, Texas 75671-1556
Telephone: 903.938.8900
Facsimile: 972.767.4620
Email: michaelsmith@siebman.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 10, 2013.  Any other counsel of record will be served by first class mail.

/s/Nicole L. Little
*Attorney for Plaintiff, Alexsam, Inc.*