# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ALEXSAM, INC.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No.  2:13-CV-6 |
| | § | |
| v. | § | |
| | § | |
| **McDONALD'S CORP. and** | § | |
| **P2W, NFP INC.** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Alexsam, Inc. ("Alexsam") and Defendants McDonald's Corporation and P2W, NFP Inc.'s (collectively "McDonald's") Stipulation of Dismissal With Prejudice. Having considered the Stipulation of Dismissal and finding good cause, the Court is of the opinion that the Stipulation of Dismissal should be GRANTED.

It is therefore ORDERED:

1)   All claims that were or could have been asserted against McDonald's in this proceeding are dismissed with prejudice pursuant to Fed. R. Civ. P. 41;

2)   All counterclaims that were or could have been asserted by McDonald's against Alexsam in this proceeding are dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3)   This dismissal with prejudice extends only to Alexsam and McDonald's, and not to any other parties in this suit or other third parties.

IT IS ALSO ORDERED that each party shall bear its own costs and attorneys' fees.
**SIGNED this 11th day of October, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE